**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AKER BIOMARINE ANTARCTIC AS<br>    Plaintiff;<br><br>VS.<br><br>OLYMPIC HOLDING AS; RIMFROST AS; EMERALD FISHERIES AS; RIMFROST USA, LLC; AVOCA INC.; BIORIGINAL FOOD & SCIENCE CORP.<br><br>    Defendants. | CIVIL ACTION NO. 16-cv-00035-LPS-CJB<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Adam R. Hess, Andrew F. Pratt and Alper T. Ertas of Venable LLP to represent Plaintiff Aker BioMarine Antarctic AS in this matter.

Dated:  February 5, 2016

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
Venable LLP
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
(302) 298-3535 (Telephone)
(302) 298-3550 (Facsimile)
jledmonson@venable.com
*Counsel for Aker BioMarine Antarctic AS*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.