# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AKER BIOMARINE ANTARCTIC AS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OLYMPIC HOLDING AS; RIMFROST AS; EMERALD FISHERIES AS; RIMFROST USA, LLC; AVOCA INC.; BIORIGINAL FOOD & SCIENCE CORP.<br><br>　　　　　　　　Defendants. | C.A. No. 16-035-LPS-CJB |

## STATUS REPORT

Plaintiff Aker BioMarine Antarctic AS and Defendants Olympic Holding AS; Rimfrost AS; Emerald Fisheries AS; Rimfrost USA, LLC; and Bioriginal Food & Science Corp. jointly submit this Status Report on the related Inter Partes Review proceedings IPR2017-00745, IPR2017-00746, IPR2017-00747, and IPR2017-00748 ("IPR Proceedings") pursuant to the Court's Order dated September 6, 2017.

The IPR Proceedings were instituted on August 16, 2017 by the U.S. Patent & Trademark Office's Patent Trial & Appeal Board ("PTAB"), and are still pending. In all four IPR Proceedings, the Patent Owner's Response was filed on November 8, 2017, and the Petitioner's Reply was filed on January 24, 2018. Oral argument (if requested) is scheduled on April 24, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ John W. Shaw* | */s/ Daniel A. O'Brien* |
| John W. Shaw (No. 3362) | Jamie L. Edmonson (No. 4247) |
| Karen E. Keller (No. 4489) | Daniel A. O'Brien (No. 4897) |
| Shaw Keller LLP | Venable LLP |
| 300 Delaware Avenue, Suite 1120 | 1201 North Market Street |
| Wilmington, DE 19801 | Suite 1400 |
| | Wilmington, DE 19801 |
| *Counsel for Defendants* | |
| | Of Counsel |
| | |
| | Adam R. Hess (admitted *pro hac vice*) |
| | Andrew F. Pratt (admitted *pro hac vice*) |
| | Venable LLP |
| | 575 Seventh Street, NW |
| | Washington, DC 20009 |
| | |
| | Alper T. Ertas (admitted *pro hac vice*) |
| | Venable LLP |
| | 505 Montgomery Street |
| | Suite 1400 |
| | San Francisco, CA 94111 |
| | |
| | *Counsel for Plaintiff* |