IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AKER BIOMARINE ANTARTIC AS,

Plaintiff,

v.

OLYMPIC HOLDING AS, RIMFROST AS, EMERALD FISHERIES AS, RIMFROST USA, LLC, AVOCA INC., and BIORIGINAL FOOD & SCIENCE CORP.,

Defendants.

C.A. No. 16-35-LPS-CJB

**JOINT STATUS REPORT**

Pursuant to the Court's Oral Order of August 21, 2018, Plaintiff Aker BioMarine Antarctic AS ("AKBM") and Defendants Olympic Holding AS; Rimfrost AS; Emerald Fisheries AS; Rimfrost USA, LLC; and Bioriginal Food & Science Corp. ("Olympic") jointly submit this status report.

As stated in the parties' prior Status Report, the PTAB issued Final Written Decisions in IPR2017-00745 and IPR2017-00746 on August 10, 2018, finding all claims of each of the patents-in-suit unpatentable. (D.I. 51). AKBM subsequently appealed these decisions to the Court of Appeals for the Federal Circuit. On October 3, 2019, the Federal Circuit affirmed both Final Written Decisions. *Aker Biomarine Antarctic AS v. Rimfrost AS*, Nos. 2019-1078, 2019-1097 (attached as Exhibit A).

As a result of the Federal Circuit's ruling, the U.S. Patent and Trademark Office will cancel all claims of the patents-in-suit. Therefore, the parties are simultaneously submitting a stipulation of dismissal resolving this action.

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 N. Market St., Suite 1400
Wilmington, DE 19801
(302) 298-3535
dao'brien@venable.com

Adam R. Hess
Andrew F. Pratt
Venable LLP
575 Seventh Street, NW
Washington, DC 20009

*Attorneys for Plaintiff*

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

James F. Harrington
John T. Gallagher
Ronald J. Baron
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, NY 11791

Michael I. Chakansky
HOFFMANN & BARON, LLP
4 Century Drive, Suite 300
Parsippany, NJ 07054-4606

*Attorneys for Defendants*

Dated: October 11, 2019